UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHARD M. NIXON, and GEORGE W. BUSH<br><br>        Defendant.<br>_____/ | No. MC-14-80045 EMC<br><br>**ORDER REJECTING COMPLAINT** |

    Plaintiff Tyrone Hurt has been declared a vexatious litigant. The applicable vexatious litigant order requires all lawsuits filed by Mr. Hurt in this district to be subject to pre-filing review. *See Hurt v. All Sweepstakes Contests* No. C-12-4187 EMC, 2013 WL 144047, at *8 (N.D. Cal. Jan. 11, 2013). On February 13, 2014, Mr. Hurt submitted fourteen separate complaints for review.

    In the instant case, Mr. Hurt purports to sue former Presidents Richard Nixon and George W. Bush, alleging that both should be considered by history as "dictators" because they were "responsible for creating three (3) unnecessary wars." As this complaint is frivolous, the Clerk is **ORDERED** to reject the complaint and close the file.

    IT IS SO ORDERED

Dated: March 5, 2014

                                                     _____<br>                                                   EDWARD M. CHEN<br>                                                   United States District Judge